UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re   Case No.  01-65068 | : |
| Carol Jean Ryan, | : |
| Debtor. | : |
| Larry J. McClatchey, Trustee, | : |
| Plaintiff, | :   Adv. Pro. No.  03-02630 |
| v. | :   Chapter 7 (Judge Caldwell) |
| R-Way Lumber Co., Inc., et al., | : |
| Defendants. | : |

### ORDER CLOSING ADVERSARY PROCEEDING

On August 6, 2004, the Court entered an Entry of Judgment Upon Default in the above-captioned adversary proceeding.

Accordingly, it is **ORDERED** that this adversary proceeding be **CLOSED**.

**IT IS SO ORDERED.**

Date: JAN 0 6 2005

Charles M. Caldwell
United States Bankruptcy Judge

Copies to:

Larry J. McClatchey, Esq.
Stephen D. Estelle, Esq.
Kegler Brown Hill & Ritter Co. LPA
65 East State Street #2800
Columbus, Ohio 43215

Rose M. Fox, Esq.
233 Main Street
Zanesville, Ohio 43701

ENTERED
DATE 1/7/05
BY

Andrew M. Malek, Esq.
Assistant United States Attorney
303 Marconi Boulevard #200
Columbus, Ohio 43215

Robert B. Weston, Esq.
121 East High Street
Mount Vernon, Ohio 43050-3401

Michelle T. Sutter, Esq.
Assistant Ohio Attorney General
150 East Gay Street, 21st floor
Columbus, Ohio 43215-5130

Alexander G. Barkan, Esq.
Assistant United States Trustee
170 North High Street #200
Columbus, Ohio 43215